No. 595. BETHLEHEM STEEL CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. *John H. Morse* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for the National Labor Relations Board, and *M. H. Goldstein* for the Industrial Union of Marine & Shipbuilding Workers of America, respondents.

No. 620. BOEING AIRPLANE CO. *v.* PERRY, ADMINIS-TRATOR, ET AL. C. A. 10th Cir. Certiorari denied. *Malcolm Miller* for petitioner. *Solicitor General Cox* for the United States, as *amicus curiae,* in opposition.

No. 625. BRASWELL MOTOR FREIGHT LINES, INC., ET AL. *v.* PENSICK & GORDON, INC.; and

No. 645. PENSICK & GORDON, INC., *v.* CALIFORNIA MOTOR EXPRESS ET AL. C. A. 9th Cir. Certiorari denied. *George L. Catlin* and *Theodore W. Russell* for petitioners in No. 625 and for California Motor Express et al., respondents in No. 645. *Carl M. Gould* for Pensick & Gordon, Inc. *Harry J. Keaton* for Pacific Intermountain Express et al., respondents in No. 645.

No. 643. WILLMUT GAS & OIL CO. *v.* FLY, ADMINIS-TRATOR. C. A. 5th Cir. Certiorari denied. *Reynolds S. Cheney* and *Garner W. Green* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Marselli* and *Benjamin M. Parker* for respondent.